1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811

6  Attorneys for
7  U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust
   2006-AC1, Asset-Backed Certificates, Series 2006-AC1 by and through its servicing agent
8  America's Servicing Company

9
                        UNITED STATES BANKRUPTCY COURT
10
                        SOUTHERN DISTRICT OF CALIFORNIA
11

12

13  In re                                     ) Case No. 15-03569-MM13
14                                            )
                                              )
15  Jacqueline A Quilalang,                   ) Chapter 13
                                              )
16          Debtor.                           )
                                              )
17                                            )
                                              ) **OBJECTION TO CONFIRMATION OF**
18                                            ) **CHAPTER 13 PLAN**
                                              )
19                                            )
                                              )
20                                            )
                                              ) **Confirmation Hearing:**
21                                            ) Date:   10/27/2015
                                              ) Time:   2:00 PM
22                                            ) Ctrm:   218, Dept. 1, 2nd Floor
                                              ) Place:  325 West F Street
23                                            )         San Diego CA
24                                            )
                                              )
25                                            )
                                              ) Judge: Margaret M. Mann
26                                            )
                                              )
27                                            )
                                              )
28  _____    )
29

     U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1, its assignees and/or successors, by and through its servicing agent America's Servicing Company, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Jacqueline A Quilalang.

    1.    Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 11/1/2035 and is secured by a Deed of Trust on the subject property commonly known as 1411 Enchante Way, Oceanside, CA 92056. As of 5/29/2015, the amount in default was approximately $136,006.81, incurred with respect to the default.  The Proof of Claim shall be filed on or before the claims deadline of 10/8/2015; however, Secured Creditor submits the following objections to preserve its rights and treatment under the proposed Plan.

    2.    The proposed Plan understates the arrearages owed to Secured Creditor.  Pursuant to 11 U.S.C. §1322(b)(2), b(5) and 1325 (a)(5)(B), the proposed plan must provide for full payment of the arrearages as well as ongoing monthly payments pursuant to the Note and Deed of Trust.  Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $69,000.00, while in fact the actual arrears owed are in the amount of approximately $136,006.81, as shall be set forth in the Proof of Claim.  To cure the pre-petition arrearages of $136,006.81 within 60 months, Secured Creditor must receive a minimum payment of $2,266.78 per month from the Debtor through the Plan.  Debtor's Plan provides for payments to the Trustee in the amount of $1,273.00 per month for 60 months. Debtor does not have sufficient funds available to increase plan payments in order to cure the arrears within 60 months. Therefore, the Plan is not feasible.  A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "1"**.

    3.    Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed.  As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

8/27/2015

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 by and through its servicing agent America's Servicing Company