CSD 1173 [04/01/11]
Name, Address, Telephone No. & I.D. No.

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

☐ *Individual appearing without counsel*
☒ *Attorney for:* U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Jacqueline A Quilalang,

Debtor(s).

BANKRUPTCY NO. 15-03569-MM13

## NOTICE OF HEARING ON OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN

TO: Jacqueline A Quilalang; Chapter 13 Trustee, Thomas H. Billingslea; Debtor's Attorney of Record, Charles T. Marshall; and Other Interested Parties.

**YOU ARE HEREBY NOTIFIED** that on 10/27/2015, at 2:00 PM, in Department No. 1, Room 218, 2nd Floor, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 Plan filed by U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1, its assignees and/or successors, by and through its servicing agent America's Servicing Company.

Any reply or other response to this objection must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NO LATER THAN FOURTEEN (14) DAYS FROM DATE OF SERVICE.

DATED: 8/27/2015

                                                                  /s/ Jennifer C. Wong, Esq.
                                                              [Attorney for] Objecting Party

**THIS NOTICE MUST BE ACCOMPANIED BY YOUR WRITTEN OBJECTION TO THE CHAPTER 13 PLAN
PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

CSD 1173

## CERTIFICATE OF SERVICE

On 8/27/2015, I served the foregoing documents described as **NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**, on the following individuals by electronic means through the Court's ECF program and pursuant to LBR 7005-1(d)(1) and FRCivP5:

**TRUSTEE**
Thomas H. Billingslea
billingslea@thb.coxatwork.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Amy Shaw
Amy Shaw

On 8/27/2015, I served the foregoing documents described as **NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**, on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Jacqueline A Quilalang, 1411 Enchante Way, Oceanside, CA 92056

**DEBTOR(S) COUNSEL**
Charles T. Marshall, 415 Laurel St #405, San Diego, CA 92101

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Christian Aguilar
Christian Aguilar